UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 29 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THERESA JONES, individually and as Executrix of the Estate of Landon Jones, deceased and CHRISTINA GIBSON, individually and as Executrix of the Estate of Jonathan Gibson, deceased,<br><br>    Plaintiffs - Appellants,<br><br> v.<br><br>UNITED STATES OF AMERICA and UNITED STATES DEPARTMENT OF THE NAVY,<br><br>    Defendants - Appellees. | No. 17-55234<br><br>D.C. No. 3:15-cv-02087-WQH-AGS<br>U.S. District Court for Southern California, San Diego<br><br>**ORDER** |

Appellants' motion (Docket Entry No. 7) for an extension of time to file the opening brief is granted. The appellants' opening brief is due October 4, 2017; appellees' answering brief is due November 3, 2017; and the optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Grace Santos
Deputy Clerk
Ninth Circuit Rule 27-7